UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KENNETH BERNARD BURNEY,

Plaintiff,

v. Case No. 25-CV-1704

KENNA DELLISE et al.,

Defendants.

---

**ORDER**

---

Plaintiff Kenneth Bernard Burney is currently incarcerated at Stanley Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. He is proceeding on Eighth Amendment deliberate indifference and First Amendment retaliation claims. When Plaintiff prepared his complaint, he did not know the names of all of the defendants, so he used John/Jane Doe placeholders. The Court instructed Plaintiff to use discovery to learn the Doe Defendants' names. On July 29, 2026, Plaintiff filed a motion to identify the Doe Defendants. In his motion, he identifies the two Jane Doe nurses as RN Soan Jones and RN Rebecca N. Mcneel. The Court will grant Plaintiff's motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to identify the Doe Defendants (ECF No. 24) is **GRANTED**. The clerk's office is directed to update the caption to reflect that the names of the Jane Doe Defendants are RN Soan Jones and RN Rebecca N. Mcneel.

**IT IS FURTHER ORDERED** that, pursuant to an informal service agreement between the Wisconsin Department of Justice and this Court, copies of Plaintiff's complaint and this order

are being electronically sent today to the Wisconsin Department of Justice for service on RN Soan Jones and RN Rebecca N. Mcneel.

**IT IS FURTHER ORDERED** that, pursuant to the informal service agreement between the Wisconsin Department of Justice and this Court, RN Soan Jones and RN Rebecca N. Mcneel shall file a responsive pleading to the complaint within **sixty days** of receiving electronic notice of this order.

Dated at Green Bay, Wisconsin on August 3, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge