UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KENNETH BERNARD BURNEY,

Plaintiff,

v. Case No. 25-CV-1704

KENNA DELLISE et al.,

Defendants.

---

**ORDER**

---

Plaintiff Kenneth Bernard Burney is currently incarcerated at Stanley Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. This matter comes before the Court on Attorney Ashley Fard's motion to withdraw as counsel for Defendant Soan Jones as well as to revoke acceptance of service on her behalf. Attorney Fard explains that, after accepting service on Jones' behalf, she learned that Jones was not employed by the State of Wisconsin during the timeframe relevant to this lawsuit. Under Wis. Stat. § 895.46, the Wisconsin Department of Justice is legally authorized to only provide representation and indemnification to individuals acting as state officers, employees, or agents at the time of the alleged conduct. Because Jones was not a state employee during the relevant timeframe, the Department of Justice cannot legally represent her.

**IT IS THEREFORE ORDERED** that Attorney Fard's motion to withdraw as attorney and revoke acceptance of service for Defendant Soan Jones (ECF No. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the complaint (ECF No. 1), the screening order (ECF No. 11), and the order granting Plaintiff's motion

to identify the Doe Defendants (ECF No. 25) upon Defendant Soan Jones pursuant to Federal Rule of Civil Procedure 4. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2)–(3). Although Congress requires the Court to order service by the U.S. Marshals Service precisely because *in forma pauperis* plaintiffs are indigent, it has not made any provision for these fees to be waived either by the Court or by the U.S. Marshals Service. The Court is not involved in the collection of the fee.

Dated at Green Bay, Wisconsin on October 6, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge